UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON BROUSSEAU | : | CIVIL ACTION NO.: 2:19-cv-01311 |
| VERSUS | : | JUDGE: JAY C. ZAINEY |
| GREAT WEST CASUALTY COMPANY, SHORT FUSE TRUCKING, INC. AND RICHARD WHITE | : : | MAGISTRATE: DANA DOUGLAS RELEASE OF ALL CLAIMS |

JOINT MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, JASON BROUSSEAU, appearing through his attorneys, D. Patrick Keating and Sarah N. Chouest and Defendants, GREAT WEST CASUALTY COMPANY, SHORT FUSE TRUCKING, INC., AND RICHARD WHITE, appearing through their attorney, James M. Dill and David R. Rabalais, who on suggesting to the Court that they have reached a settlement of all disputes between them and money has been disbursed, and on further suggesting that Plaintiff wishes to discontinue this lawsuit against all defendants, GREAT WEST CASUALTY COMPANY, SHORT FUSE TRUCKING, INC., AND RICHARD WHITE with prejudice;

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED that all claims asserted against GREAT WEST CASUALTY COMPANY, SHORT FUSE TRUCKING, INC., AND RICHARD WHITE by Plaintiff, JASON BROUSSEAU, be and are hereby dismissed, with prejudice, with each party to bear court costs.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
DISTRICT JUDGE

APPROVED AS TO FORM:

/s/Sarah N. Chouest
D. PATRICK KEATING (Bar Roll No. 27825)
SARAH N. CHOUEST (Bar Roll No. 37438)
Nugent Keating Law Firm
3300 Canal Street, Ste. 100
New Orleans, Louisiana 70119
Telephone: (504) 513-3333
Facsimile: (877) 565-2570
ATTORNEY FOR JASON BROUSSEAU


    /s/David R. Rabalais
JAMES M. DILL (Bar Roll No. 18868)
DAVID R. RABALAIS (Bar Roll No. 17759)
The Dill Firm, A.P.L.C.
825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408, ext. 229
Facsimile: (337) 261-9176
ATTORNEY FOR GREAT WEST CASUALTY
COMPANY, SHORT FUSE TRUCKING, INC.,
AND RICHARD WHITE
Facsimile: (337) 261-9176
ATTORNEY FOR BJ'S RESTAURANTS, INC.